No. 63205.—Hensel, Bruckmann & Lorbacher; Inc., et al. *v.* United States, protests 244962–K, etc. (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that certain items consist of narrow woven fabrics, with fast edges, similar in all material respects to those involved in *Beer Stern Import Corp.* v. *United States* (39 Cust. Ct. 294, C.D. 1944), the claims of plaintiffs were sustained, and the items marked "A" were held dutiable at 17½ percent under paragraph 912, as modified, *supra*. The items marked "B" were held dutiable at 25 cents per pound and 25 percent ad valorem under paragraph 1308, as modified, *supra*.

June 23, 1959

No. 63206.—Parsons & Whittemore, Inc. *v.* United States, protest 291305–K/14769.— Plaintiff's application for rehearing granted.

Before the First Division, June 30, 1959

No. 63207.—Accurate Millinery Co. *v.* United States, protest 58/22359(A) (New York).

Opinion by Mollison, J. In accordance with stipulation of counsel that the merchandise consists of hoods the same in all material respects as those passed upon in *United States* v. *Accurate Millinery Co., Roberts, Reilly & Sons, et al.* (42 C.C.P.A. 229, C.A.D. 599), the claim of the plaintiff was sustained.